UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
                                                    :
                                                    :
                                                    :          25 Civ. 10641 (LGS)
*In Re: Elfand Organization LLC*,                   :
                                                    :                ORDER
                                        Debtors.    :
                                                    :
                                                    :
----------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on December 23, 2025, a notice of appeal was docketed in this action.

WHEREAS, a scheduling order was entered on December 29, 2025 (the "Scheduling Order") setting a briefing schedule.

WHEREAS, the Scheduling Order provides the following:

- "Rule 8009 of the Federal Rules of Bankruptcy Procedure ('FRBP') requires appellant to file 'a designation of the items to be included in the record on appeal and a statement of the issues to be presented.' . . . The time limits set forth in Rule 8009 are adopted as the Order of this Court."

- "FRBP Rule 8018 provides the schedule for serving and filing briefs. Under Rule 8018, appellant must file its opening brief within 30 days after the docketing of notice that the record has been transmitted or is available electronically. Appellee must serve and file its brief within 30 days after service of appellant's brief. Appellant may serve and file a reply brief within 14 days after the service of the appellee's brief. The filing of appellate briefs is not excused in this case. The time limits set forth in Rule 8018 are adopted as the Order of this Court."

1

- "Failure to comply with this order and/or the time limits in Rules 8009 or 8018 will result in dismissal of the appeal (in the case of the appellant) or consideration of the appeal without an appellee's brief (in the case of the appellee)."

WHEREAS, under FRBP 8009's time limits (as adopted by the Scheduling Order), "a designation of the items to be included in the record on appeal and a statement of the issues to be presented" was due 14 days after notice of appeal.

WHEREAS, under FRBP 8018's schedule (as adopted by the Scheduling Order), the appellant's opening brief is due "within 30 days after the docketing of notice that the record has been transmitted or is available electronically."

WHEREAS, an Order issued February 4, 2026, required the appellant to file a designation of the items to be included in the record on appeal and a statement of the issues to be presented, consistent with FRBP 8009, by February 10, 2026.

WHEREAS, the February 4, 2026, Order also advised that "[i]f the appellant does not comply, the appeal will be dismissed, consistent with the Scheduling Order."

WHEREAS, neither the designation of the items to be included in the record on appeal nor a statement of issues to be presented has been filed on the Bankruptcy Court Docket as of February 17, 2026.

WHEREAS, nothing has been filed on the District Court docket since the Scheduling Order on February 4, 2026.  It is hereby

ORDERED that the appeal is DISMISSED.

The Clerk of Court is respectfully directed to close the case.

Dated: February 17, 2026
New York, New York

2

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE