UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                        :
                                        :
*In Re: Elfand Organization LLC*,          :         25 Civ. 10641 (LGS)
                                        :
                       Debtors.   :                **ORDER**
                                        :
                                        :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on February 17, 2026, the above-captioned bankruptcy appeal was dismissed.

WHEREAS, on March 7, 2026, Debtor filed a motion to vacate the dismissal and reinstate the appeal.

WHEREAS, on March 20, 2026, Debtor filed an emergency motion for an interim stay pending adjudication of the motion to reinstate the appeal. It is hereby

**ORDERED** that Debtor's motion to reinstate the appeal is **DENIED** for the reasons explained in an Order that will issue separately. It is further

**ORDERED** that Debtor's emergency stay motion is **DENIED** as moot.

The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 8 and 11.

Dated: March 20, 2026
       New York, New York

                                    LORNA G. SCHOFIELD
                               **UNITED STATES DISTRICT JUDGE**